UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREEZ, INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>    Defendants. | Case No. 22-cv-07027-RS<br><br>**ORDER FOR BRIEFING** |

Defendants have filed a motion for relief from a non-dispositive order of the magistrate judge, and erroneously docketed a briefing schedule. See Civil Local Rule 72-2(d) ("Unless otherwise ordered by the assigned District Judge, no response need be filed and no hearing will be held concerning the motion."). The briefing schedule in the docket may be disregarded. Plaintiffs, however, may file a response to the motion, not to exceed 7 pages (not including declarations and exhibits) no later than July 26, 2023. The matter then will be taken under submission without additional briefing or a hearing, unless otherwise ordered.

**IT IS SO ORDERED**.

Dated: July 12, 2023

_____
RICHARD SEEBORG
Chief United States District Judge