BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
WILLIAM C. PEACHEY
Director
GLENN M. GIRDHARRY
Assistant Director
AARON GOLDSMITH
Senior Litigation Counsel

JOSEPH G. NOSSE
Trial Attorney
    United States Department of Justice
    Civil Division
    Office of Immigration Litigation
    District Court Section
    P.O. Box 868, Ben Franklin Station
    Washington, DC 20044
    Telephone: (202) 616-4945
    Facsimile: (202) 305-7000
    E-Mail: joseph.g.nosse@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TREEZ, Inc., *et al.*, | Case No. 3:22-cv-7027-RS |
|     Plaintiffs, | |
|   v. | ORDER<br>**STIPULATION TO CONTINUE BENCH TRIAL** |
| UNITED STATES DEPARTMENT OF<br>HOMELAND SECURITY, *et al.*, | Hon. Richard Seeborg |
|     Defendants. | |

      Pursuant to Civil Local Rule 6-2, the parties to this action hereby stipulate and respectfully request that the Court enter an order granting the following:

1. Continuance of the Bench Trial currently set for October 30, 2023, Dkt. No. 32, and all associated deadlines until a time after the Parties have conferred and proposed a modified Case Management Schedule for all remaining motions, inclusive of motions for summary judgment.

2. Defendants to provide a status report on or before September 29, 2023, regarding the date by which Defendants expect to file the supplemented Certified Administrative Record and serve a privilege log on Plaintiffs pursuant the Order dated June 27, 2023, Dkt. No. 45, if the Certified Administrative Record has not yet been filed and/or a privilege log has not been served.

3. Within 30 days of the date upon which Defendants serve Plaintiffs with a privilege log and file the Certified Administrative Record, the Parties shall meet and confer and file a proposed modified Case Management Schedule for all remaining motions, inclusive of motions for summary judgment.

This the first request for a continuance and the request is submitted more than fourteen days from the date scheduled for the bench trial. This request will continue all associated deadlines, including deadlines for motions for summary judgment, until after the parties have met and conferred and proposed a modified Case Management Schedule. For these reasons, and as articulated below in the Declaration of Counsel, the parties respectfully request that the Court grant their stipulation.

DATED: September 8, 2023              Respectfully submitted,[1]

                                      BRIAN M. BOYNTON
                                         Principal Deputy Assistant Attorney General
                                    WILLIAM C. PEACHEY
                                         Director
                                    GLENN M. GIRDHARRY
                                         Assistant Director
                                    AARON GOLDSMITH
                                         Senior Litigation Counsel

                            By: /s/ *Joseph G. Nosse*
                                    JOSEPH G. NOSSE
                                    Trial Attorney

---

[1] In accordance with Civil Local Rule 5-1(h)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

|   |   |
|---|---|
|   | United States Department of Justice<br>Civil Division<br>Office of Immigration Litigation<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>Tel: (202) 616-4945<br>Fax: (202) 305-7000<br>E-Mail: joseph.g.nosse@usdoj.gov<br>*Attorneys for Defendants* |

DATED: September 8, 2023

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

By: */s/ Caesar Kalinowski*
   Caesar Kalinowski, admitted *Pro Hac Vice*
     John A. Goldmark, admitted *Pro Hac Vice*
     Matthew Diggs, admitted *Pro Hac Vice*
     Diane M. Butler, admitted *Pro Hac Vice*
   920 Fifth Avenue, Suite 3300
   Seattle, WA 98104
   Telephone: 206-622-3150
   Email: CaesarKalinowski@dwt.com
     JohnGoldmark@dwt.com
     MatthewDiggs@dwt.com
     DianeButler@dwt.com

   Nicole Phillis, SBN 291266
   865 S Figueroa Street, Suite 2400
   Los Angeles, CA 90017
   Telephone: 213-633-8657
   Email: NicolePhillis@dwt.com

## ORDER

Pursuant to stipulation, IT IS SO ORDERED. The bench trial shall be continued and Defendants shall file a status report on or before September 29, 2023.

DATED: 9/11/2023

HON. RICHARD SEEBORG
Chief United States District Judge