UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREEZ, INC., et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>            Defendants. | Case No. 22-cv-07027-RS<br><br>**ORDER** |

Plaintiffs noticed a motion before the undersigned "to enforce court orders and for sanctions" involving discovery matters previously referred to a magistrate judge. The motion does not seek review of any order of the magistrate judge, and is therefore appropriately addressed to the magistrate judge in the first instance. Plaintiffs subsequently filed a "renotice" of the motion and a proposed order that appear to reflect their understanding that the motion will be decided by the magistrate judge. For clarity of the record, the motion appearing at Dkt. No. 60 is within the scope of the prior referral of all discovery disputes to the magistrate judge.

**IT IS SO ORDERED**.

Dated: March 27, 2024

_____
RICHARD SEEBORG
Chief United States District Judge