UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREEZ, INC., et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>    Defendants. | Case No. 22-cv-07027-RS<br><br>**ORDER SETTING BRIEFING ON MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE** |

Plaintiffs have filed a motion for relief from the aspect of the assigned magistrate judge's recent order that concluded monetary sanctions against defendants are not available. Plaintiffs set the motion for hearing and included a briefing schedule in the docket entry. Pursuant to Civil Local Rule 72-2, oppositions to such motions are not required, and hearings are not held unless otherwise ordered. Accordingly, the hearing date and purported briefing schedule are vacated.

Defendants may file an opposition within two weeks of the date of this order. No reply brief will be allowed. No separate hearing will be scheduled. If the court desires any oral argument on the motion, the parties will be asked to address it when they appear for the cross-summary judgment motions/bench trial on November 13, 2024.

**IT IS SO ORDERED**.

Dated: October 7, 2024

_____
RICHARD SEEBORG
Chief United States District Judge