UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREEZ, INC., et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>        Defendants. | Case No. 22-cv-07027-RS<br><br>**JUDGMENT** |

Pursuant to the Order Granting Plaintiffs' Motion for Summary Judgment and Denying Defendants' Cross-Motion filed December 3, 2024 (Dkt. No. 106) and in light of the parties' status report filed April 21, 2025 (Dkt. No. 118) that no sanctions issues remain to be resolved, judgment is hereby entered in favor of plaintiffs against defendants.

**IT IS SO ORDERED**.

Dated: April 24, 2025

_____
RICHARD SEEBORG
Chief United States District Judge